UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES FOR THE LABORERS HEALTH & WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>P & J UTILITY COMPANY,<br><br>　　　　　Defendant. | Case No. 21-cv-01075-DMR<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On February 11, 2021, Plaintiffs filed suit in this court [Docket No. 1.] On November 24, 2021, the court vacated the initial case management conference set for this matter because Defendant had not appeared, and ordered Plaintiffs to file a status report by December 8, 2021. [Docket No. 18.] Nothing has been filed. Accordingly, Plaintiffs are ordered to respond by March 7, 2022, and show cause why this matter should not be dismissed for failure to prosecute. Plaintiffs must also file the required status report by that date. Failure to respond by March 7, 2022 may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: February 28, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Donna M. Ryu
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge